**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



**FILED**

**NOV 20 2019**

Clerk, U.S. District and
Bankruptcy Courts

TURNER MYER III,                           )
                                           )
                  Plaintiff,               )
          v.                               )     Civil Action No. 19-1312 (UNA)
                                           )
AIR FORCE BOARD FOR                        )
CORRECTION OF MILITARY RECORDS,            )
                                           )
                  Defendant.               )

## MEMORANDUM OPINION

This matter was transferred from the United States District Court for the Eastern District of Texas. Because the plaintiff neither had paid the filing fee nor requested a waiver of the fee, on May 17, 2019, this Court issued an order (ECF No. 8) directing the plaintiff to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). The plaintiff's submissions (ECF Nos. 9-10) did not cover the appropriate time period, and on July 3, 2019, the Court issued an order (ECF No. 11) extending the plaintiff's deadline for providing the missing trust fund account statements. Because the plaintiff has not complied with the Court's Orders, the Court will deny without prejudice the plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and his motion for protection of records (ECF No. 5), and will dismiss the complaint and this civil action without prejudice. An Order is issued separately.

DATE: November _15_, 2019

_____
TANYA S. CHUTKAN
United States District Judge